Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        FORM 3

| | |
|---|---|
| **Koehler Paper SE and Koehler Oberkirch GmbH, f/k/a Papierfabrik August Koehler SE,**<br><br>                    Plaintiffs,<br><br>          v.<br><br>**United States,**<br><br>                    Defendant. | **S U M M O N S**<br><br>**Court No. 21-00633** |

TO:     The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.     Plaintiffs Koehler Paper SE and Koehler Oberkirch GmbH (collectively, "Koehler") bring this action pursuant to 19 U.S.C. § 1516a.[1]  Koehler is a foreign producer of subject merchandise, and therefore is an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(A), and 28 U.S.C. § 2631(k)(1).  Koehler Oberkirch GmbH, formerly known as Papierfabrik August Koehler SE, is a party to the proceeding, and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c), as it participated in the investigation that gave rise to the contested determination.  Koehler Paper SE is the successor-in-interest to Koehler Oberkirch GmbH (formerly known as Papierfabrik August Koehler SE) and therefore has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c), as it is the successor-in-interest to a participant in the investigation that gave rise to the contested determination.

(Name and standing of plaintiffs)

2.     Koehler contests the final determination of the U.S. Department of Commerce ("Commerce") in the anti-dumping investigation of thermal paper from Germany, and Commerce's issuance of an antidumping duty order.  *See Thermal Paper from Germany: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination*

---

[1]     Effective May 3, 2021, Koehler Paper SE acquired Koehler Kehl GmbH, the legal entity that directly owns the facilities that manufacture subject merchandise, from Papierfabrik August Koehler SE.  Effective November 26, 2021, Papierfabrik August Koehler SE changed its name and legal form and is now known as "Koehler Oberkirch GmbH".  Koehler Oberkirch GmbH is a wholly owned subsidiary of Koehler Paper SE.

*of Critical Circumstances, in Part*, 86 Fed. Reg. 54152 (Dep't of Commerce Sept. 30, 2021) ("*Final Determination*"); *see also Thermal Paper from Germany, Japan, the Republic of Korea, and Spain: Antidumping Duty Orders*, 86 Fed. Reg. 66284 (Dep't of Commerce Nov. 22, 2021) ("*AD Order*").

(Brief description of contested determination)

3.     Commerce's *Final Determination* was signed on September 24, 2021, and the *AD Order* was signed on November 16, 2021.

(Date of determination)

4.     The *Final Determination* was published in the *Federal Register* on September 30, 2021. *See Final Determination*, 86 Fed. Reg. at 54152. Following an affirmative injury determination by the U.S. International Trade Commission, Commerce published the antidumping duty order on November 22, 2021. *See AD Order*, 86 Fed. Reg. at 66284.

(If applicable, date of publication in Federal Register of notice of contested determination)

| | |
|---|---|
| _____s/ F. Amanda DeBusk_____ <br> Signature of Plaintiff's Attorney <br><br> _____December 22, 2021_____ <br> Date | F. Amanda DeBusk <br> Vincent H. Cohen, Jr. <br> Navpreet K. Moonga <br> DECHERT LLP <br> 1900 K Street, NW <br> Washington, DC  20006 <br> amanda.debusk@dechert.com <br> vincent.cohen@dechert.com <br> navpreet.moonga@dechert.com <br> Tel.:  +1  202  261  3300 <br><br> Paul Curran Kingsbery <br> DECHERT LLP <br> 1095 Avenue of the Americas <br> New York, New York 10036 <br> paul.kingsbery@dechert.com <br> Tel.:  +1  212  698  3500 <br><br> Micah Brown* <br> DECHERT LLP <br> Cira Centre, 2929 Arch Street <br> Philadelphia, PA 19104 <br> micah.brown@dechert.com <br> Tel.:  +1  215  994  4000 <br><br> *Counsel for Koehler Paper SE and Koehler Oberkirch GmbH* |

\*  *Application for admission pending.*

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice**
Civil Division
26 Federal Plaza
Room 346
New York, NY  10278

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box. 480
Ben Franklin Station
Washington, DC  20530

General Counsel
Attn:  Office of the Chief Counsel for Trade Enforcement & Compliance
**U.S. Department of Commerce**
1401 Constitution Ave., NW
Washington, DC 20230